FILED

2010 SEP -8 PM 3: 35

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

ARBOR HOME BUILDING CORPORATION,   )
)
Plaintiff,   )
)
v.   )   Case No. 1:10CV316 PPS
)
MILLER CUSTOM HOMES, LLC,   )
)
Defendant.   )

## COMPLAINT AND JURY DEMAND

Plaintiff, Arbor Home Building Corporation ("Arbor Home"), for its Complaint against Defendant, Miller Custom Homes, LLC ("Miller Homes"), alleges and says:

### JURISDICTION AND PARTIES

1. Arbor Home is an Indiana corporation engaged in the business of designing and constructing residential homes with its principal place of business at 4925 Live Oak Court, Fort Wayne, IN 46804.

2. Miller Homes is an Indiana limited liability company engaged in the business of designing and constructing residential homes with its principal place of business at 13310 Ewing Street, Leo, IN 46765.

3. Jurisdiction of this Court is proper under 28 U.S.C. § 1338(a) because this is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101 et seq. The claims asserted herein arose in this judicial district.

4. Venue is proper in this District under 28 U.S.C. § 1391(c) because Defendant is subject to personal jurisdiction and is deemed to reside in and/or is found in this District.

## FACTS COMMON TO ALL CLAIMS

5. On or about July 6, 2009, Arbor Home created an original work of authorship fixed in a tangible medium of expression -- an architectural drawing of the design of a residential home. Arbor Home named the architectural work the "Mariam." The architectural drawing contains the statement, "All concepts, ideas, designs and plans and details as shown on this document are the sole property of Arbor Home Building Corporation, and shall not be used, copied, or reproduced without [Arbor Home's] expressed written consent." A true and accurate copy of Arbor Home's architectural drawing for the Mariam is attached hereto as Exhibit "A".

6. The Mariam was first constructed as a residential home on Lot 130 in the subdivision of Veracruz, commonly known as 13720 Ruffner Road, Fort Wayne, Indiana 46814 ("Veracruz Lot 130"). Construction of the Mariam on Veracruz Lot 130 was completed in or about September, 2009. True and accurate copies of photographs of the constructed Mariam on Veracruz Lot 130 are attached hereto as Exhibit "B".

7. The Mariam was first published on or about September 26, 2009 when the Mariam on Veracruz Lot 130 was opened to the public in the 2009 Parade of Homes ("Parade").

8. The Parade, which took place from on or about September 26, 2009 to on or about October 4, 2009, was sponsored by the Home Builders Association of Fort Wayne ("HBA"). The Parade is an annual event intended to showcase Fort Wayne homebuilders, craftsmen, designers and contractors to the general public. Arbor Home was one of seven homebuilders whose homes in the Veracruz subdivision were featured in the Parade. Members of the general public could purchase tickets and tour all homes featured in the Parade, including the Mariam.

9. To promote the Mariam's showcasing in the Parade, Arbor Home permitted the HBA to reproduce the Mariam's floor plans in the HBA's Parade Magazine that featured all

HBA-member suppliers, contractors, subcontractors, and builders that worked on the homes showcased in the Parade, including the Mariam on Veracruz Lot 130. The Parade Magazine is available to view at and print from a website dedicated to promoting the Parade. A true and accurate copy of the relevant portions of the Parade Magazine are attached hereto as Exhibit "C". Arbor Home also permitted the HBA to promote the Mariam's showcasing in the Parade by publishing the floor plans and digital photos of the Mariam on Veracruz Lot 130 on the same website. The website address is http://fwnxtweb1.fortwayne.com/oas_ads/ParadeofHomes8-2009/index.html.

10. On or about January 17, 2010, Arbor Home registered the Mariam architectural design as an architectural work with the United States Copyright Office. The Register of Copyrights issued a Certificate of Registration for the Mariam under the seal of the United States Copyright Office, Registration Number VA 1-699-409. A true and accurate copy of this Certificate of Registration is attached hereto as Exhibit "D".

11. In or about February, 2010, Arbor Home was informed that Miller Homes was building a home substantially similar to the Mariam located on Lot 206 in the subdivision of Hawthorne Park, commonly known as 4209 Willapa Way, Fort Wayne, Indiana 46845 ("Infringing Residence").

12. Miller Homes' architectural drawing for the Infringing Residence is attached hereto as Exhibit "E". The architectural drawing for the Infringing Residence indicates that the drawing is for the residence of Thomas G. Steckler and Shelly K. Steckler.

13. In or about February, 2010, Arbor Home obtained the architectural drawings Miller Homes used for the Infringing Residence. Arbor Home did a side by side comparison of its architectural drawings for the Mariam and the architectural drawings for the Infringing

3

Residence. Arbor Home determined that the drawings with respect to the first floor and second floor of the Infringing Residence were identical to the layout arrangement of the rooms of the Mariam. In addition, various structural elements of the Infringing Residence, such as the stairs, were identical to the Mariam's layout arrangement. The drawings for the Infringing Residence were completed on or about December 20, 2009.

14. Upon information and belief, the Infringing Residence will be completed in or about August 2010. True and accurate copies of photographs of the exterior of the Infringing Residence are attached hereto as Exhibit "F".

## COUNT I

### COPYRIGHT INFRINGEMENT BY REPRODUCTION

15. Arbor Home hereby re-alleges and incorporates paragraphs 1 through 14 of this Complaint as though fully set forth herein.

16. The Mariam is an architectural work entitled to federal copyright protection. *See* 17 U.S.C. § 102(a)(8). An "architectural work" is defined as "the design of a building as embodied in any tangible medium of expression, including a building, architectural plans or drawings," and such work "includes the overall form as well as the arrangement and composition of spaces and elements in the design, but does not include individual standard features." *See* 17 U.S.C. § 101.

17. Arbor Home is the owner of a valid copyright in the Mariam. Arbor Home is the author of the Mariam. The Certificate of Registration issued under Registration Number VA 1-699-409 for the Mariam constitutes prima facie evidence of the validity of Arbor Home's copyright, and of the facts stated in the Certificate of Registration. *See* 17 U.S.C. § 410(c).

18. Without Arbor Home's permission, Defendant copied constituent elements of Arbor Home's architectural drawing for the Mariam that are original, namely the arrangement and composition of the spaces in the Mariam's first and second floors, in producing the architectural drawing for the Infringing Residence.

19. The architectural drawing for the Infringing Residence is so similar to Arbor Home's architectural drawing for the Mariam that an ordinary, reasonable person would conclude that Defendant unlawfully appropriated Arbor Home's protectable expression by taking material of substance and value.

20. Defendant's access to Arbor Home's architectural drawing for the Mariam can be inferred because the architectural drawings for the Infringing Residence, with respect to the floor plans of the first and second floors, are identical to the floor plans of the first and second floors as drawn on Arbor Home's architectural drawing for the Mariam. The similarities between the architectural drawings for the Infringing Residence and of Arbor Home for the Mariam indicate copying by Defendant of Arbor Home's work, rather than independent creation by Defendant, coincidence, or a prior common source.

21. Defendant's acts and/or omissions constitute infringement of Arbor Home's copyright in the Mariam. Defendant has violated Arbor Home's exclusive rights as the copyright owner of the Mariam by reproducing the copyrighted work without Arbor Home's consent.

22. As a direct result of Defendant's infringement, Arbor Home has been damaged in an amount to be determined at trial.

WHEREFORE, Plaintiff, Arbor Homes, by counsel, respectfully requests this Court enter an Order enjoining Defendant from further infringing upon Arbor Home's copyright in any manner and enter judgment in Arbor Home's favor and against Defendant, Miller Custom

Homes, LLC for the actual damages Arbor Home suffered as a result of Defendant's infringement, for all profits of Defendant attributable to Defendant's infringement of Arbor Home, the exact sum to be established at trial, for attorney's fees, for costs and expenses associated with pursuing and obtaining a judgment, and for all other just and proper relief.

## COUNT II

### COPYRIGHT INFRINGEMENT BY PREPARATION OF DERIVATIVE WORK

23. Arbor Home hereby re-alleges and incorporates paragraphs 1 through 22 of this Complaint as though fully set forth herein.

24. Without Arbor Home's permission, Defendant copied constituent elements of Arbor Home's architectural drawing for the Mariam that are original, namely the arrangement and composition of the spaces in the Mariam first and second floors, in constructing and building the Infringing Residence.

25. As constructed, the first and second floors of the Infringing Residence are so similar to the first and second floors of the Mariam, as depicted on the Arbor Home's architectural drawings for the Mariam, that an ordinary, reasonable person would conclude that Defendant unlawfully appropriated the Arbor Home's protectable expression by taking material of substance and value.

26. Defendant's access to Arbor Home's architectural drawings for the Mariam can be inferred because, upon information and belief, the first and second floors of the Infringing Residence are identical to the floor plans of the first and second floors as drawn on Arbor Home's architectural drawing for the Mariam. The similarities between the layout of the first and second floors of the Infringing Residence and of the layout of the first and second floors of the Mariam as drawn on Arbor Home's architectural drawings indicate copying by Defendant of

Arbor Home's work, rather than independent creation by Defendant, coincidence, or a prior common source.

27.  Defendant's acts and/or omissions constitute infringement of Arbor Home's copyright in the Mariam. Defendant has violated Arbor Home's exclusive rights as the copyright owner of the Mariam by preparing a derivative work based upon the copyrighted work, namely, by constructing the Infringing Residence without Arbor Home's consent.

28.  As a direct result of Defendant's infringement, Arbor Home has been damaged in an amount to be determined at trial.

WHEREFORE, Plaintiff, Arbor Home, by counsel, respectfully requests this Court enter an Order enjoining Defendant from further infringing upon Arbor Home's copyright in any manner and enter judgment in Arbor Home's favor and against Defendant, Miller Custom Homes, LLC for the actual damages Arbor Homes suffered as a result of Defendant's infringement, for all profits of Defendant attributable to Defendant's infringement of Arbor Home's copyright in the Mariam, the exact sum to be established at trial, or, if elected by Arbor Home prior to the rendering of a final judgment, statutory damages for all infringements involved in this action, as available under 17 U.S.C. § 504, for attorney's fees pursuant to 17 U.S.C. § 505, for costs and expenses associated with pursuing and obtaining judgment, and for all other just and proper relief.

## JURY DEMAND

Arbor Home, by counsel, pursuant to Federal Rules of Civil Procedure Rule 38(b), hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

**CARSON BOXBERGER LLP**

By _(signature)_

| | |
|---|---|
| Jeremy V. Senk | #23131-02 |
| Angela G. Garcia | #28577-53 |
| J. Blake Hike | #28601-02 |

Attorneys for Plaintiff
1400 One Summit Square
Fort Wayne, IN 46802
Tele: (260) 423-9411

F:\A\Arbor Home Building Corporation 24,036\Complaint - Final.doc